IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ELLIOTT J. SCHUCHARDT, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | ) NO. 3:22-cv-01017 |
| | ) |
| BLOOMBERG, L.P., and | ) JUDGE CAMPBELL |
| ROY STROM, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE