ORDER:
The motion is **GRANTED**.

*Alistair Newbern*
Alistair E. Newbern
U.S. Magistrate Judge

RECEIVED
SEP 14 2023
U.S. District Court
Middle District of TN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

ELLIOTT J. SCHUCHARDT,

        Plaintiff,

v.

BLOOMBERG, L.P. and ROY STROM,

        Defendants.

Case No. 3:22-cv-01017

District Judge Aleta A. Trauger
Magistrate Judge Alistair Newbern

## UNOPPOSED MOTION FOR LEAVE TO FILE PLEADINGS BY MEANS OF THE CM / ECF SYSTEM

The Plaintiff, Elliott J. Schuchardt, files this unopposed motion for an order authorizing the Plaintiff to file pleadings by means of the CM / ECF system. In support hereof, the Plaintiff states as follows:

### Background

1. The Plaintiff is currently filing pleadings in this case by means of paper copies, sent means of the U.S. postal service from Knoxville, Tennessee.

2. Delivery typically takes two days (by means of priority mail), and entails the risk of additional days of delay.

3. Once the pleadings arrive at the court, there is additional delay in the mail room. Often it can take more than one day for a pleading to be placed on the docket.

4. The Pacer electronic filing system authorizes *pro se* litigants to file by means of the CM / ECF system on a case-by-case basis, provided that doing so is authorized by the Court.

5. The Plaintiff respectfully requests leave of Court to file pleadings in this case by means of the CM / ECF system.

6. Doing so has several advantages to the Court.

7. First, electronic filing will ensure that the Plaintiff's pleadings are received by the court and docketed on a timely basis, without delays due to the postal service.

8. Second, electronic filing provides for immediate service of pleadings to all parties, and will eliminate the need to serve documents by means of the post office.

9. Third, electronic filing will provide a better electronic image of the pleadings, because it will eliminate the need to scan documents before filing.

10. The Plaintiff is familiar with the Court's electronic filing system, and has filed documents by means of the CM / ECF system for many years. Judge Richardson has authorized the Plaintiff to use the system for filing documents in a separate case in this Court.

11. The Plaintiff has consulted with opposing counsel concerning this motion. Defendants consent to this motion.

WHEREFORE, for the reasons set forth above, the Plaintiff, Elliott J. Schuchardt, respectfully requests that this Honorable Court enter an order authorizing the Plaintiff to file documents in this case by means of the Court's CM / ECF system.

Respectfully submitted,

By: /s/ Elliott Schuchardt
Elliott J. Schuchardt

8033 Ellisville Lane
Knoxville, TN 37909
Phone: (865) 304-4374
E-mail: elliott016@gmail.com

## CERTIFICATE OF SERVICE

I, Elliott Schuchardt, hereby certify that I served a true and correct copy of the foregoing Motion for Leave to File Pleadings by Means of the CM / ECF System on the following persons on this 11th day of September 2023 by means of first class mail, postage prepaid:

Robb S. Harvey, Esq.
Waller Landsen Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219

Laura R. Handman, Esq.
Davis Wright Tremaine LLP
1301 K Street, NW
Suite 500 East
Washington, DC 20005

Nimra H. Azmi, Esq.
Davis Wright & Tremaine, LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104

_____
Elliott J. Schuchardt

Elliott J. Schuchardt
8033 Ellisville Lane
Knoxville, TN 37909

RECEIVED
SEP 14 2023
U.S. District Court
Middle District of TN

KNOXVILLE TN 377
11 SEP 2023 PM 1 L

Clerk
U.S. District Court for the
Middle District of Tennessee
Fred D. Thompson U.S. Courthouse
719 Church Street, 1st Floor
Nashville, TN 37203

37203-705499



U.S. POSTAGE
$0.66
960630911113918
RDC 99
37950 FCM
Date of sale 09/11/23
02 6WSS
9813700967

------ FOLD HERE ------

RECEIVED
SEP 1 4 2023
U.S. District Court
Middle District of TN

**Elliott J. Schuchardt**

8033 Ellisville Lane
Knoxville, TN 37909
Phone: (865) 304-4374
E-mail: elliott016@gmail.com

September 11, 2023

Clerk
U.S. District Court for the
 Middle District of Tennessee
Fred D. Thompson U.S. Courthouse
719 Church Street, 1st Floor
Nashville, TN 37203

Re: Schuchardt v. Bloomberg, Case No. 3:22-cv-01017
U.S. District Court for the Middle District of Tennessee

Dear Sir / Madam:

Enclosed, for filing with the Court, is an original copy of the following document:

Unopposed Motion for Leave to File Pleadings by Means of the CM / ECF System

Thank you for your assistance with this matter. If you have any questions, feel free to contact me at the above phone number or e-mail.

Very truly yours,

Elliott J. Schuchardt