IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ELLIOT J. SCHUCHARDT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:22-cv-01017 |
| | ) Judge Aleta A. Trauger |
| BLOOMBERG L.P. et al, | ) |
| Defendants. | ) |

## ORDER

The referral of this case to the Magistrate Judge is hereby **WITHDRAWN**.

For the reasons set forth in the accompanying Memorandum, the Motion to Strike (Doc. No. 29) filed by plaintiff Elliot Schuchardt is **DENIED**, and the defendants' Motion to Dismiss Schuchardt's Amended Complaint (Doc. No. 27) is **GRANTED**.

This case is **DISMISSED**.

This is the final Order in this case, for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge