**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Elliott J. Schuchardt

                    Plaintiff,

v.                                       Case No.: 3:22–cv–01017

Roy Strom, et al.

                    Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/15/2024 re [47].

Lynda M. Hill
s/ Aubrey L Frantz, Deputy Clerk